# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1695.  JAMES HAROLD PLESS v. MARTY C. ALLEN, WARDEN.**

James Harold Pless appeals to this Court from the superior court's order denying his petition for a writ of habeas corpus.  The Supreme Court, however, has jurisdiction over appeals in habeas corpus cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  Pless's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____06/02/2016_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*